# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

    Plaintiff

v.

D. VIRUS, et al.

    Defendants

Case No.: 3:22-cv-00030-MMD-CSD

**Order**

Re: ECF No. 42

Magistrate Judge Carla Baldwin is conducting a global settlement conference in Plaintiff's cases on October 5, 2023. (ECF No. 44.) The pending motion for summary judgment in this case (ECF No. 42) is **DENIED WITHOUT PREJUDICE** to be re-filed on or before **October 20, 2023**, in the event the global settlement conference is unsuccessful in resolving Plaintiff's claims in this action.

**IT IS SO ORDERED**.

Dated: August 29, 2023

_____
Craig S. Denney
United States Magistrate Judge