AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1227
E-mail: acnelson@ag.nv.gov

*Attorneys for Defendants
Tamera Bartel, Stephen Clark,
Mikka Etcheberry, Jordan Jones,
Kara LeGrand, and Jason O'Dea*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>D. VIRUS, *et al.*,<br><br>    Defendants. | Case No. 3:22-cv-00030-MMD-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby stipulate that above-captioned matter should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 5 day of October, 2023.

_____
LAUSTEVEION JOHNSON
*Plaintiff, pro se*

DATED this 5th day of October, 2023.

/s/Andrew C. Nelson
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
*Attorney for the Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 15, 2023

Page 1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 15, 2023, I electronically filed the foregoing, **STIPULATION AND ORDER FOR DISMISSAL** , via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Lausteveion Johnson
1316 Maenpah Circle
Las Vegas, NV 89106

*/s/ Karen Easton*
An employee of the
Office of the Nevada Attorney General